W ʘ|ʁ|ʘ NP____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
06 DEC 14  PM 5: 35
OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR 403 |
| | ) | |
| vs. | ) | INDICTMENT |
| | ) | [21 U.S.C. § 841(a)(1) & (b)(1)] |
| STEPHEN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury Charges:

## COUNT I

On or about October 20, 2006, in the District of Nebraska, STEPHEN SMITH, defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ROBERT C. SIGLER
Assistant U.S. Attorney