IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR403 |
| v. | ) | |
| STEPHEN SMITH, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

It has come to this court's attention that this case is related to 8:06CR391. Therefore,

IT IS ORDERED that this case is reassigned to District Court Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett, III, for judicial supervision and processing of all pretrial matters.

DATED this 21st day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge